# EXHIBIT "A"

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-_____ - In re Johnson & Johnson Aerosol Sunscreen Litigation

### SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Plaintiff(s):* Shelli French, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Neutrogena Corporation | Central District of California | 2:21-cv-05048 | Honorable Stanley Blumenfeld, Jr |
| *Plaintiff(s):* Johanna Dominguez; and Sharron Meijer<br><br>*Defendant(s):* Johnson & Johnson Consumer, Inc. | Northern District of California | 4:21-cv-05419 | Honorable Jon S. Tigar |
| *Plaintiff(s):* George B Rafal<br><br>*Defendant(s):* Johnson & Johnson; Johnson & Johnson Consumer, Inc.; Neutrogena Corporation; and Aveeno | Northern District of California | 3:21-cv-05524 | Honorable Magistrate Laurel Beeler; Unassigned to Article III Judge as of July 28, 2021. |
| *Plaintiff(s):* Meredith Serota, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Neutrogena Corporation; and Johnson & Johnson Consumer Companies, Inc. | Southern District of Florida | 0:21-cv-61103 | Honorable Raag Singhal |
| *Plaintiff(s):* Melissa Jimenez and Catalina Ocampo, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Johnson & Johnson Consumer, Inc. | District of New Jersey | 3:21-cv-13113 | Honorable Freda L. Wolfson |

2

| | | | |
|---|---|---|---|
| *Plaintiff(s):* Timothy McLaughlin<br><br>*Defendant(s):* Johnson & Johnson Consumer, Inc.; Johnson & Johnson; and Costco Wholesale Corporation | District of New Jersey | 3:21-cv-13710 | Honorable Zahid N. Quraishi |
| *Plaintiff(s):* Julianna Briglio, individually and on behalf of all others similarly situated<br><br>*Defendant(s):* Johnson & Johnson Consumer, Inc. | District of New Jersey | 3:21-cv-13972 | Honorable Zahid N. Quraishi |
| *Plaintiff(s):* Steven Lavalle, individually on behalf of himself and all others similarly situated<br><br>*Defendant(s):* Neutrogena Corporation; and Johnson & Johnson Consumer Companies, Inc. | Southern District of New York | 7:21-cv-06091 | Honorable Vincent L. Briccetti |