# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3015__ & TITLE - IN RE: __Johnson & Johnson Aerosol Sunscreen Marke__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached list

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __see attached list__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

see attached list

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /s/ Steven Zalesin | PATTERSON BELKNAP WEBB & TYLER LLP |
| Signature of Attorney | Name of Firm |
| 1133 Avenue of the Americas | New York, NY 10036-6710 |
| Address | City/State/Zip Code |

Date 8/12/2021

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation** | MDL No. 3015 |

## Corporate Disclosure Statement: Attached Lists

**Case Captions**

- *Dominguez v. Johnson & Johnson Consumer, Inc.*, No. 21-cv-05419 (N.D. Cal.)

- *Rafal v. Johnson & Johnson*, No. 21-cv-5524 (N.D. Cal.)

- *Serota v. Johnson & Johnson Consumer Inc.*, No. 21-cv-61103 (S.D. Fla.)

- *French v. Johnson & Johnson Consumer Inc.*, No. 21-cv-05048 (C.D. Cal.)

- *Jimenez v. Johnson & Johnson Consumer, Inc.*, No. 21-cv-13113 (D.N.J.)

- *McLaughlin v. Johnson & Johnson Consumer, Inc.*, No. 21-cv-13710 (D.N.J.)

- *Briglio v. Johnson & Johnson Consumer Inc.*, No. 21-cv-13972 (D.N.J.)

- *Lavalle v. Neutrogena Corporation*, No. 21-cv-06091 (D.N.J.)

**Parties Represented and Corporate Parents and Owners**

- **Johnson & Johnson**: Defendant Johnson & Johnson is a publicly traded corporation that has no parent corporation, and no corporation owns 10 percent or more of its stock.

- **Johnson & Johnson Consumer Inc.**: Defendant Johnson & Johnson Consumer Inc. is a wholly-owned subsidiary of Janssen Pharmaceuticals, Inc., which in turn is a wholly-owned subsidiary of DePuy Synthes, Inc.,

which in turn is a wholly-owned subsidiary of Johnson & Johnson International, which in turn is a wholly owned subsidiary of Defendant Johnson & Johnson, described above.

- **Costco Wholesale Corporation**: Defendant Costco Wholesale Corporation is a publicly traded corporation that has no parent corporation, and no corporation owns 10 percent or more of its stock.