# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** In re Johnson & Johnson Aerosol
Sunscreen Marketing, Sales Practices and
Products Liability Litigation           MDL No. 3015

## NOTICE OF RELATED ACTIONS

   Defendant Johnson & Johnson Consumer Inc. hereby provides notice that the actions listed in the attached Schedule of Additional Related Actions (i) are related to the actions included in Plaintiff Melissa Jimenez's initial Schedule of Actions, ECF No. 1-2 ("Initial Schedule"), and (ii) were not listed in the Initial Schedule. Docket sheets and complaints are attached.

Dated:  New York, New York
     August 13, 2021

                 Respectfully submitted,

                 */s/ Steven A. Zalesin*
                 Steven A. Zalesin
                 PATTERSON BELKNAP WEBB & TYLER LLP
                 1133 Avenue of the Americas
                 New York, New York  10036
                 Tel:  212-336-2110 / Fax: 212-336-2222
                 Email: sazalesin@pbwt.com

                 *Attorneys for Defendants Johnson & Johnson*
                 *Consumer Inc.; Johnson & Johnson; and Costco*
                 *Wholesale Corporation*