# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL 3015 - In re Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation**

### SCHEDULE OF ADDITIONAL RELATED ACTIONS[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| ***Plaintiff(s):*** Katherine Brennan and Michelle Man, individually and on behalf of all others similarly situated throughout the State of California<br><br>***Defendant(s):*** Johnson & Johnson Consumer, Inc.; Neutrogena Corporation | Northern District of California | 3: 21-cv-04869 | Honorable James Donato |
| ***Plaintiff(s):*** Robert Alexander Bodine, Halle Ellingson, Kurt Hall, Bennett Johnson, Kyle Melquist, Samantha Stolzenbach, Sharon Trainor, and Stacey Vaidis, individually on behalf of themselves and as a class action on behalf of all others similarly situated<br><br>***Defendant(s):*** Johnson & Johnson Consumer Inc. | District of New Jersey | 3: 21-cv-14343 | Honorable Zahid N. Quraishi |
| ***Plaintiff(s):*** Tyler Baker, Annette Nokes, Robert Botterill, Sophia Porter, Anna Swartz, Mike Xavier, Brian Slafter, Heidi Humphyreys, Frank Ortega, and Michael Taillard individually on behalf of themselves and as a class action on behalf of all others similarly situated<br><br>***Defendant(s):*** Johnson & Johnson Consumer Inc. | District of New Jersey | 3: 21-cv-14421 | Honorable Zahid N. Quraishi |

---

[1] This schedule includes all actions relating to *In re Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability* of which Defendants are currently aware that were not included in Plaintiff Melissa Jimenez's initial schedule of actions. ECF No. 1-2.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Minett Fernandez on behalf of herself and as a class action on behalf of all others similarly situated<br><br>**Defendant(s):** Johnson & Johnson Consumer Inc. | District of New Jersey | 3: 21-cv-14492 | Honorable Zahid N. Quraishi |

Dated:     New York, New York
              August 13, 2021

                          Respectfully submitted,

                          */s/ Steven A. Zalesin*
                          Steven A. Zalesin
                          PATTERSON BELKNAP WEBB & TYLER LLP
                          1133 Avenue of the Americas
                          New York, New York 10036
                          Tel: 212-336-2110 / Fax: 212-336-2222
                          Email: sazalesin@pbwt.com

                          *Attorneys for Defendants Johnson & Johnson Consumer Inc.; Johnson & Johnson; and Costco Wholesale Corporation*