# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____
                                     :

**Johnson & Johnson Aerosol Sunscreen**    :       **MDL No. 3015**
**Marketing Sales Practices and Products**  :
**Liability**                                    :
_____:

## PLAINTIFF JULIANNA BRIGLIO'S RESPONSE TO THE MOTION OF THE JIMENEZ PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Briglio responds to the Jimenez Plaintiffs' motion as follows:

1.      Plaintiff Briglio admits the averments of paragraph 1 of the motion.

2.      Plaintiff Briglio states that additional cases based on purchases of allegedly defective Johnson & Johnson Consumer Inc. sunscreen containing benzene have been filed, including three in the District of New Jersey.

3.      Plaintiffs Briglio admits the averments of paragraph 3 of the motion.

4.      Plaintiff Briglio admits the averments of paragraph 4 of the motion.

5.      Plaintiff Briglio admits the averments of paragraph 5 of the motion.

6.      Plaintiff Briglio admits the averments of paragraph 6 of the motion.

7.      The motion is missing a paragraph 7.

8.      Plaintiff Briglio admits the averments of paragraph 8 of the motion.

9.      Plaintiff Briglio admits the averments of paragraph 9 of the motion.

10.    Plaintiff Briglio admits the averments of paragraph 10 of the motion.

Dated: August 19, 2021                          Respectfully submitted,

                                                /s/ William E. Hoese
                                                William E. Hoese
                                                Craig W. Hillwig
                                                Aarthi Manohar
                                                **KOHN, SWIFT & GRAF, P.C.**
                                                1600 Market Street, Suite 2500
                                                Philadelphia, PA 19103
                                                Telephone: (215) 238-1700
                                                Facsimile: (215) 238-1968
                                                whoese@kohnswift.com
                                                chillwig@kohnswift.com
                                                amanohar@kohnswift.com

                                                Jonathan M. Jagher
                                                D. Patrick Huyett
                                                **FREED KANNER LONDON**
                                                  **& MILLEN LLC**
                                                923 Fayette Street
                                                Conshohocken, PA 19428
                                                Telephone: (610) 234-6486
                                                jjagher@fklmlaw.com
                                                phuyett@fklmlaw.com

                                                Katrina Carroll
                                                **CARLSON LYNCH**
                                                111 W. Washington Street
                                                Suite 1240
                                                Chicago, IL 60602
                                                Telephone: (312) 750-1265
                                                kcarroll@carlsonlynch.com

                                                *Attorneys for Plaintiff*