BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices, and Products Liability Litigation | MDL Docket No. 3015 |

**INTERESTED PARTY RESPONSE OF PLAINTIFFS IN SUPPORT OF TRANSFER OF RELATED ACTIONS TO THE DISTRICT OF NEW JERSEY FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiffs respectfully submit this interested party response in support of the Motion of Jimenez Plaintiffs for Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (ECF No. 1).

For the reasons stated in the Jimenez Plaintiffs' brief in support of their transfer motion, Plaintiffs respectfully request that the Panel transfer all related Johnson & Johnson aerosol sunscreen consumer protection litigation to a single district for coordinated or consolidated pretrial proceedings ("the Related Actions"). The Related Actions involve "common questions of fact" and transfer will "further the convenience of the parties and witnesses" while "promot[ing] the just and efficient conduct of such actions." 28 U.S.C. § 1407.

The District of New Jersey is an ideal venue for the Related Actions as there is a clear connection of the District to the subject matter of the litigations. To begin, more cases are located in the District of New Jersey than in any other District Court.[1] *In re Air Crash Near Athens,*

---

[1] As of the date of this filing, Plaintiffs are aware of twelve Related Actions, six of which are currently pending in the District of New Jersey: *Jimenez v. Johnson & Johnson Consumer, Inc.*, 3:21-cv-13113 (D.N.J.), *McLaughlin v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-13710 (D.N.J.), *Briglio v. Johnson & Johnson Consumer, Inc.*, 3:21-cv-13972 (D.N.J), *Fernandez v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-14492 (D.N.J), *Bodine v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-14343 (D.N.J.), and *Baker v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-14421 (D.N.J). The remaining six actions are scattered in four other district courts: *Lavalle v. Neutrogena Corp.*, No. 7:21-cv-06091 (S.D.N.Y.), *French v. Neutrogena Corp.*, No.

*Greece on Aug. 14, 2005*, 435 F. Supp. 2d 1340, 1342 (J.P.M.L. 2006) (transferring actions to the Northern District of Illinois where the majority of related actions had been filed); *In re OxyContin Antitrust Litig.*, 314 F. Supp. 2d 1388, 1398 n.1 (J.P.M.L. 2004) (transferring actions to the Southern District of New York where 23 out of 41 actions were already pending in that district).

Furthermore, Defendant Johnson & Johnson Consumer Inc. is headquartered in the District of New Jersey, which weighs heavily in favor of transferring the Related Actions to that District. *See In re Fairlife Milk Product Mktg. & Sales Practices Litig.*, 396 F. Supp. 1370, 1371 (J.P.M.L. 2019) (a district "has a strong connection" to a matter when the defendant is headquartered there, and when the defendant's marketing decisions "likely were conceived and executed there"); *see also In re Hypodermic Prods. Antitrust Litig.*, 408 F.Supp.2d 1356, 1357 (J.P.M.L. 2005) ("We conclude that the District of New Jersey is an appropriate forum in this docket for the following reasons: (i) the district, wherein sole common defendant [] is headquartered, is an accessible location that will be geographically convenient for many of this docket's litigants, witnesses and counsel; and (ii) the district is well equipped with the resources that this complex [] docket is likely to require.").

Plaintiffs support consolidation or coordination in the District of New Jersey before Judge Zahid N. Quraishi, who is currently assigned to five out of the six Related Actions pending in New Jersey. Judge Quraishi is not currently presiding over any multidistrict litigations, decreasing the risk of overburdening the Court. The American Bar Association recognized Judge

---

2:21-cv-05048 (C.D. Cal.); *Brennan v. Johnson & Johnson Consumer Inc.* No. 4:21-cv-04869 (N.D. Cal.), *Rafal v. Johnson & Johnson Consumer Inc.*, No. 3:31-cv-05524 (N.D. Cal.); *Dominguez v. Johnson & Johnson Consumer Inc.*, No. 4:21-cv-05419 (N.D. Cal.), *Serota v. Neutrogena Corp.*, No. 0:21-cv-61102 (S.D. Fla.).

Quraishi as a strong candidate for the federal bench, giving him a "Well Qualified" rating, the highest qualification given by that organization.[2] Plaintiffs have no doubt that Judge Quraishi, a historic new member of the Federal bench who previously served as a magistrate judge prior to his appointment, is well-equipped to handle this matter. Moreover, his prior service as a JAG Officer and in private practice also shows that Judge Quraishi is perfectly experienced and qualified to handle this proposed consumer MDL.

For the reasons stated herein and in the Jimenez Plaintiffs' Motion to Transfer, Plaintiffs contend that these cases should be transferred to and centralized before Judge Quraishi in the District of New Jersey.

Dated: August 19, 2021

Respectfully submitted,

/s/William V. Reiss
William V. Reiss
Kellie Lerner
David B. Rochelson
Adam C. Mendel
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: wreiss@robinskaplan.com
Email: klerner@robinskaplan.com
Email: drochelson@robinskaplan.com
Email: amendel@robinskaplan.com

/s/ M. Stephen Dampier
M. Stephen Dampier
**THE DAMPIER LAW FIRM P.C.**
P.O. Box 161
Fairhope, AL 36533

---

[2] American Bar Association Standing Committee on the Federal Judiciary, Ratings of Article III and Article IV Judicial Nominees of the 117th Congress (July 27, 2021), *available at* https://www.americanbar.org/content/dam/aba/administrative/government_affairs_office/webratingchart-117.pdf.

3

Telephone: (251) 929-0900
Facsimile: (251) 929-0800
Email: stevedampier@dampierlaw.com

*/s/Lee McArthur Scott*
Lee McArthur Scott
**MCARTHUR LAW, LLC**
803 Jenks Ave, Ste 4
Panama City, FL 32401-2568
Telephone: (850) 832-3032
Facsimile: (850) 784-7706
Email: lee@mcarthur.law

*Counsel for the Plaintiffs*
*Bodine v. Johnson & Johnson Consumer Inc.*,
No. 3:21-cv-14343 (D.N.J.)

*/s/James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO P.C.**
5 Becker Farm Rd.
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Counsel for the Plaintiffs*
*Bodine v. Johnson & Johnson Consumer Inc.*,
No. 3:21-cv-14343 (D.N.J.)
*Fernandez v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-14492 (D.N.J.)
*Baker v. Johnson & Johnson Consumer Inc.*,
No. 3:21-cv-14421 (D.N.J.)

*/s/ Mark S. Reich*
Mark S. Reich
Courtney E. Maccarone
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: mreich@zlk.com
cmaccarone@zlk.com

4

*Counsel for the Plaintiffs*
*Baker v. Johnson & Johnson Consumer Inc.*,
No. 3:21-cv-14421 (D.N.J.)

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone (917) 438-9189
Facsimile (212) 753-0646
Email: lnussbaum@nussbaumpc.com

*/s/ Michael Criden*
Michael Criden
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
mcriden@cridenlove.com

*Counsel for the Plaintiff*
*Fernandez v. Johnson & Johnson Consumer Inc.*, No. 3:21-cv-14492 (D.N.J.)