# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## FIRST AMENDMENT TO THE HEARING SESSION ORDER
## AND ATTACHED SCHEDULE FILED AUGUST 13, 2021

IT IS ORDERED that the Notice of Hearing Session, Hearing Session Order, and attached Schedule for the hearing session on September 30, 2021, in St. Louis, Missouri, filed by the Judicial Panel on Multidistrict Litigation on August 13, 2021, are amended to update the following:

LOCATION OF HEARING SESSION:   United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Washington, DC 20544-0005

TIME OF HEARING SESSION:   **11:00 a.m. (Eastern Daylight Time)**

ORAL ARGUMENT:

- **The Panel has determined that circumstances caused by the COVID-19 pandemic warrant hearing oral argument by videoconference or teleconference.** No counsel are permitted to appear in person. Further details regarding how the Hearing Session will be conducted—including sign-in information, allocation of argument times, and a training session for arguing attorneys—shall be provided after the filing of the parties' Notices of Presentation or Waiver of Oral Argument.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel