# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL 3015 - In re Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation**

### NOTICE OF POTENTIAL TAG-ALONG ACTION

| *Plaintiff(s)* | *Defendant(s)* | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Roxane M. Pedron | Johnson & Johnson Consumer Inc. | Southern District of Florida | 21-cv-23189 | Marcia G. Cooke |

12971820