# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3015 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Conrad De Los Santos hereby gives notice of this related action:

- *Conrad De Los Santos v. Johnson & Johnson et al.*, No. 2:21-cv-01208-JHE (N.D. Ala)

Party Represented: Plaintiff Conrad De Los Santos

Submitted: September 3, 2021

_____
François M. Blaudeau (ASB-7722-D32F
Evan T. Rosemore (ASB-3760-N10B)
SOUTHERN MED LAW
2224 1st Ave North
Birmingham, AL 35203
D: 205.547.5525
F: 205.547.5526
francois@southernmedlaw.com
evan@southernmedlaw.com

*Attorneys for the Plaintiff*