# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3015 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on September 10, 2021, the Notice of Appearance and Proof of Service were electronically filed using the CM/ECF system for the JPML, which will provide electronic service to all counsel of record.

Submitted:   September 10, 2021

François M. Blaudeau (ASB-7722-D32F
Evan T. Rosemore (ASB-3760-N10B)
SOUTHERN MED LAW
2224 1st Ave North
Birmingham, AL 35203
D: 205.547.5525
F: 205.547.5526
francois@southernmedlaw.com
evan@southernmedlaw.com

*Attorneys for the Plaintiff Conrad De Los Santos*